IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00708-BNB

RICHARD R. PENA,

    Plaintiff,

v.

BLAKE R. DAVIS, Warden,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Richard R. Pena initiated this action by filing *pro se* a document titled "Writ of Habeas Corpus." In an order filed on March 31, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Pena to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Pena to file on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Pena was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 3, 2009, Mr. Pena paid the filing fee for this habeas corpus action. However, he has failed within the time allowed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as directed. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the "Writ of Habeas Corpus" is denied and the action is dismissed without prejudice for failure to cure all of the deficiencies.

DATED at Denver, Colorado, this 14 day of _____May_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00708-BNB

Richard R. Pena
Reg. No. 04520-043
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/15/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk